# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURT COLÓN**<br><br>Plaintiff<br><br>v.<br><br>**PLAZA LAS AMERICAS, INC., PUERTO RICO TELEPHONE INC, FAST FASHION GROUP INC, ADISPORT CORPORATION, ZARA PUERTO RICO, INC, AFH PUERTO RICO LLC, MAGRITTE CHOCOLATIER INC, ORIENTAL BANK**<br>Defendants | **CIVIL NO.**<br><br>**3:23-cv-01338-ADC** |

## MOTION FOR VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT:**

**COMES NOW**, Plaintiff, Faustino Betancourt Colón, through the undersigned attorney and hereby informs:

Pursuant to Fed. R. Civ. P 41 (A) according to the Settlement Agreement reached between the Plaintiff and Co-defendant Plaza las Americas Inc., Faustino X, Betancourt Colón moves to dismiss the instant complaint as to Co-Defendant Plaza las Americas Inc. **WITH PREJUDICE**.

1

The action will continue as to Co-Defendants Puerto Rico Telephone Inc, Fast Fashion Group Inc, Adisport Corporation, Zara Puerto Rico, Inc, AFH Puerto Rico LLC, Magritte Chocolatier Inc, Oriental Bank.

**I HEREBY CERTIFY**, that on this date we have electronically filed copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record.

**RESPECTFULLY SUBMITTED**

Dated: July 11, 2023.

**VELEZ LAW GROUP LLC**
Civil Rights Division

s/José Carlos Vélez Colón
José Carlos Vélez Colón
USDC-PR 231014

1969 S. Alafaya Trail #379
Orlando, FL 32828-8732

E:   vlg@velezlawgroup.com
T:   (787)-422-1881
     (787)-422-1958

**PLAINTIFF'S ATTORNEY**