IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURT COLÓN**<br><br>Plaintiffs<br><br>v.<br><br>**PLAZA LAS AMERICAS, INC, PUERTO RICO TELEPHONE, INC, FAST FASHION GROUP INC, ADISPORT CORPORATION, ZARA PUERTO RICO, INC, AFH PUERTO RICO LLC, MAGRITTE CHOCOLATIER INC, ORIENTAL BANK**<br><br>Defendants | **CIVIL NO**. 23-CV-01338 |

## JOINT REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** Defendant AFH Puerto Rico LLC d/b/a Abercrombie & Fitch and Hollister Co., ("AFH" or the "Company") and Plaintiff Faustino Xavier Betancourt Colón, by and through its undersigned counsels, and hereby respectfully state and pray as follows:

1. Pursuant private communications and agreements, the parties have reached a confidential settlement and jointly request the voluntary dismissal with prejudice of all claims presented by Plaintiff against AFH without the imposition of attorney's fees or costs to either party.

**WHEREFORE**, AFH Puerto Rico LLC and Plaintiff jointly request this Honorable Court take notice of the present motion and dismiss the captioned case with prejudice.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of December, 2023.

**WE HEREBY CERTIFY** that on, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| **VÉLEZ LAW GROUP LLC**<br>Civil Rights Division<br><br>*s/José Carlos Vélez Colón*<br>José Carlos Vélez Colón<br>USDC-PR No. 231014<br>vlg@valezlawgroup.com | **SCHUSTER LLC**<br>*Attorneys for Defendant AFH Puerto Rico LLC*<br>PO Box 363128<br>San Juan, Puerto Rico 00936-3128<br>Telephone: (787) 765-4646<br>Telefax: (787) 765-4611<br><br>*s/Lourdes C. Hernández-Venegas*<br>Lourdes C. Hernández-Venegas<br>USDC PR No. 215507<br>lhernandez@salawpr.com |