## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURTCOLÓN**<br><br>Plaintiff<br><br>v.<br><br>**PLAZA LAS AMERICAS, INC., PUERTO RICO TELEPHONE INC, FAST FASHION GROUP INC, ADISPORT CORPORATION, ZARA PUERTO RICO, INC, AFH PUERTO RICO LLC, MAGRITTE CHOCOLATIER INC, ORIENTAL BANK**<br><br>**Defendants** | CIVIL NO.<br><br>**3:23-cv-01338-ADC** |

## MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff, Faustino Betancourt Colón, through the undersigned attorney, and hereby informs:

1. Pursuant to Fed. R. of Civ. P. 41(a), the Plaintiff moves to voluntary dismiss the instant Complaint as to Co-defendant Zara Puerto Rico Inc., WITH PREJUDICE.

**WHEREFORE,** This Honorable Court is respectfully requested to grant the Plaintiff's motion for the dismissal of the current complaint.

**I HEREBY CERTIFY**, that on this date we have electronically filed copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record.

**RESPECTFULLY SUBMITTED.**

Dated: January 2nd, 2024.

                                      **VELEZ LAW GROUP LLC**
                                      Civil Rights Division

                                      s/José Carlos Vélez Colón
                                      José Carlos Vélez Colón
                                      USDC-PR 231014

                                      421 Ave Muñoz Rivera #205
                                      San Juan, PR 00918

                                      E:  vlg@velezlawgroup.com
                                      T:  (787)-422-1881

                                      **PLAINTIFF'S ATTORNEY**