# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURT-COLON,**<br>   Plaintiff<br><br>   v.<br><br>**PUERTO RICO TELEPHONE COMPANY, INC., et al.,**<br>   Defendant | **Civil No. 23-1338 (ADC)** |

## PARTIAL JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on February 28, 2024 at docket 85.

Therefore, pursuant to the Court's Order, Partial Judgment is hereby entered dismissing with prejudice the claims against co-defendants Zara Puerto Rico, Inc. and Magrite Chocolatier, Inc.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 28th day of February, 2024.

ADA I. GARCIA-RIVERA, CPA, ESQ.
Clerk of the Court

By: *S/Diana Villavicencio*
    Diana Villavicencio, Deputy Clerk